1   THOMAS E. FRANKOVICH (State Bar #074414)
    JESSICA A. DAYTON (State Bar #231698)
2   THOMAS E. FRANKOVICH
    *A PROFESSIONAL LAW CORPORATION*
3   2806 Van Ness Avenue
    San Francisco, CA   94109
4   Telephone:     415/674-8600
    Facsimile:     415/674-9900
5
    Attorneys for Plaintiffs
6   JAREK MOLSKI
    and DISABILITY RIGHTS
7   ENFORCEMENT, EDUCATION
    SERVICES: HELPING YOU
8   HELP OTHERS

9

10                 UNITED STATES DISTRICT COURT              **\*E-FILED - 4/21/05\***

11                 NORTHERN DISTRICT OF CALIFORNIA

12  JAREK MOLSKI, an individual; and      )   **CASE NO. C 04-1880 RMW**
    DISABILITY RIGHTS                      )
13  ENFORCEMENT, EDUCATION                 )   **STIPULATION OF DISMISSAL AND**
    SERVICES:HELPING YOU HELP              )   **ORDER THEREON**
14  OTHERS, a California public benefit    )
    corporation,                           )
15                                         )
            Plaintiffs,                    )
16                                         )
    v.                                     )
17                                         )
    THE COVE; GURRIES ENTERPRISES;         )
18  and ROBB C. JOOS and VICKI C. JOOS,    )
    dba THE COVE,                          )
19                                         )
            Defendants.                    )
20  _____   )

21          The parties, by and through their respective counsel, stipulate to dismissal of this action

22  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

23  Settlement Agreement and General Release ("Agreement"), each party is to bear its own costs

24  and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction

25  over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375

26  (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement

27  agreements).

28

STIPULATION OF DISMISSAL

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action

2  through their designated counsel that the above-captioned action be and hereby is dismissed

3  with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

4    This stipulation may be executed in counterparts, all of which together shall constitute

5  one original document.

6

7  Dated: April 13, 2005                THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*

8

9                                       By:_____/s/_____
                                              Jessica A. Dayton

10                                      Attorneys for JAREK MOLSKI and
                                        DISABILITY RIGHTS ENFORCEMENT,
                                        EDUCATION SERVICES:HELPING YOU HELP

11                                      OTHERS

12 Dated: April 4, 2005                 GORDON & REES, LLP

13

14                                      By:_____/s/_____
                                              Michael D. Bruno

15                                      Attorneys for THE COVE; GURRIES
                                        ENTERPRISES;  and ROBB C. JOOS and VICKI
                                        C. JOOS, dba THE COVE

16

17

18                                      **ORDER**

19    IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to

20 Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for

21 the purpose of enforcing the parties' Settlement Agreement and General Release should such

22 enforcement be necessary.

23

24 Dated: April 21_____, 2005

25

26                                      /s/ Ronald M. Whyte
                                        _____

27                                      Hon. Ronald M. Whyte
                                        UNITED STATE DISTRICT JUDGE

28